**Jason M. JONES, Plaintiff—Appellant,**

v.

**Dorothy Nash HOLMES, Prosecutor; et al., Defendants—Appellees.**

No. 11–16556.

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2012.*

Filed July 12, 2012.

Jason M. Jones, Indian Springs, NV, pro se.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

MEMORANDUM **

Nevada state prisoner Jason M. Jones appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to Jones's safety and health. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to state a claim under 28 U.S.C. § 1915A. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000). We vacate and remand.

The district court prematurely dismissed Jones's action as time-barred. It is not clear at this stage in proceedings whether the statute of limitations was tolled while Jones filed any administrative grievances. *See Brown v. Valoff*, 422 F.3d 926, 943 (9th Cir.2005) ("the applicable statute of limitations must be tolled while a prisoner completes the mandatory exhaustion process"). Nor is it clear what date Jones filed this action. *See Douglas v. Noelle*, 567 F.3d 1103, 1104 (9th Cir.2009) (the mailbox rule of *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), applies to a pro se prisoner's § 1983 complaint).

**VACATED and REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).